**STATE of Missouri, Respondent,**

v.

**Markess FLENOY, Appellant.**

**No. WD 60832.**

Missouri Court of Appeals, Western District.

March 18, 2003.

Amy M. Bartholow, Assistant State Public Defender, Columbia, MO, for appellant.

---

Jeremiah W. (Jay) Nixon, Attorney General, Andrea Mazza Follett, Assistant Attorney General, Jefferson City, MO, for respondent.

Before SPINDEN, P.J.,
BRECKENRIDGE and NEWTON, JJ.

### ORDER

PER CURIAM.

Markess Flenoy appeals his conviction of the class B felony of possessing a weapon about the premises of a correctional institution, section 217.360.1(4), RSMo 2000. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of the trial court is affirmed. Rule 30.25(b).